RECEIVED
IN ALEXANDRIA, LA.
JAN - 6 2014
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| TAM M. LIEU | CIVIL ACTION NO. 2:13-2491 |
| VS. | SECTION P |
| FEDERAL DETENTION CENTER OAKDALE, ET AL | JUDGE TRIMBLE<br>MAGISTRATE JUDGE KAY |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, an independent review of the record has led this court to conclude that the findings and conclusions are entirely correct. Accordingly, it is

ORDERED that the petition be DENIED and DISMISSED for lack of jurisdiction and as moot.

THUS DONE AND SIGNED, in Chambers, at Lake Charles, Louisiana, this 6th day of January, 2014.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE